IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                        :        CASE NO. 12-01840 (ESL)
                                              :
ALEXANDER LEE RAMIREZ                         :        CHAPTER 13
                                              :
                                              :
        Debtor                                :
_____:

OPINION AND ORDER

This case came before the court for a hearing on June 11, 2012 to consider the order to show cause entered by this court on April 30, 2012 (Dkt. #17) upon the request of the United States Trustee ("UST") (Dkt. #12) against petition preparer Mr. Valentín Valdés Ayala (Hereinafter "Valdés"). The court also considered three additional cases filed by petition preparer Valdés (Cases number 12-01684, 12-01842 and 12-01919). The instant bankruptcy petition was dismissed for debtor's failure to appear at the 341 meeting of creditors, failure to file a Chapter 13 plan, failure to file schedules, and failure to appear at the 341 meeting of creditors. 11 U.S.C. § 1307 (c) (1, 3, and 10). The court retained jurisdiction to determine if any sanctions should be imposed against Mr. Valdés. After considering all relevant facts, the court finds and concludes that sanctions are appropriate and imposes the same as detailed below.

A. The order to show cause:

Mr. Valdés was ordered to show cause why he should not be found to have violated 11 U.S.C. §§ 110, 526 and 528; why he should not be penalized and enjoined to act as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3); and why he should not be referred to the U.S. Attorney for having violated 18 U.S.C. §156, that is, for knowingly disregarding the requirements of the Bankruptcy Code and Rules, which result in the dismissal of the petition.

B. Mr. Valdés' Answer:

Mr. Valdés did not answer the order to show cause.

D. United States Trustee:

Ms. Monsita Lecaroz, Assistant U. S. Trustee ("UST"), argued the motion for an order to show cause. According to the UST Mr. Valdés is a petition preparer as defined in 11 U.S.C. § 110

and a debt relief agency as defined in 11 U.S.C. § 101(12). Consequently, he is subject to the provisions of 11 U.S.C. §§ 526, 528. The UST explained the modus operandi of Mr. Valdés. However, no specific evidence was presented.

The UST argued that Mr. Valdés advertises for his services, advises clients to file for bankruptcy, prepares incomplete documents listing only the debts for domestic support obligation, promises debtors legal representation, and takes the credit counseling for the debtors. The UST further alleges that Mr. Valdés' clients fail to appear at the 341 meeting of creditors, fail to file the corresponding schedules and fail to file a Chapter 13 plan.

C. Mr. Valdés at the hearing:

Mr. Valdés' did not offer a coherent answer to this court's order to show cause. Mr. Valdés stated (in Spanish) that he was a philanthropist, fighting for justice and the weak. He has taken the cause of defending the people accused of not paying domestic support obligations because he himself was a victim of the system. He was imprisoned three times for not paying domestic support obligations. As to this debtor, he admits that there was a confusion. The debtor was in prison for not paying a domestic support obligation, but was also charged in a drug case. Mr. Valdés informed the Debtor that he would no longer help him as he had a drug case, and, thus, declined to further defend his rights.

Mr. Valdés operates his crusade for individuals in prison for not paying domestic support obligations through a not for profit corporation, Fundación Lucha Por Padres Convictos Por Pensión, and a for profit corporation, Tears in Prison, Inc. Because there are no computers in jail, he has copied the materials for credit counseling in a 22-page document. The clients read it and sign it. Mr. Valdés will then fax or email the signed document to the credit counseling agency. A certification is then sent to Mr. Valdés by the credit counseling agency. Mr. Valdés files the certification in the Bankruptcy Clerk's office.

The explanation given as to the fees charged is difficult to understand. It is not clear to the court what are the fees being charged by Mr. Valdés as a bankruptcy petition preparer, as a broker of services before the state courts and administrative agencies, and for fees paid to attorneys.

At the hearing the court clarified that it would not discuss the applicable state laws on

2

domestic support obligations, but wold focus on whether or not the Bankruptcy Code provisions, section 110 in particular, have been complied with.

E. Discussion:

Mr. Valdés meets the definitions of a petition preparer and a debt relief agency. Thus he must comply with the requirements imposed upon the same by §§ 110, 526 and 528.

Mr. Valdés failed to meet his burden of showing cause that he has not violated § 110 and has not offered a reasonable explanation as to why he should not be enjoined to act as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3).

Although no evidence was presented at the hearing corresponding to this case, the history of the cases in which Mr. Valdés appears as a petition preparer so corroborates. The other cases heard today relating to Mr. Valdés, although considered separately and decided independently, paint the picture advanced by the UST. This court has an inherent responsibility to ensure that the bankruptcy process is not abused by egregious conduct. Section 110(j)(3) gives the court contempt power to enjoin a bankruptcy preparer from acting as such. Section 105(a) empowers the bankruptcy courts to enter orders which are necessary to carry out the provisions of the Bankruptcy Code and to prevent an abuse of process.

The explanations given in open court by Mr. Valdés show that he goes beyond preparing a document for filing as he executes documents on their behalf. This conduct by Mr. Valdés is a clear violation of § 110(e)(1), which provides that "[a] bankruptcy petition preparer shall not execute any document on behalf of a debtor."

The table attached hereto as exhibit A shows that during the period from March 6, 2012 to July 16, 2012, Mr. Valdés has filed, as a petition preparer 72 petitions under chapter 13 of the Bankruptcy Code. Of these, 61 ( 85% ) have been dismissed; 8 have pending motions to dismiss, which would increase the dismissal percentage to 96%; 66 ( 92%) have not filed schedules and a chapter 13 plan, and 53 (74%) have not appeared at the 341 meeting. The cases that have not been dismissed show that the debtors, after the bankruptcy petition preparer filed the case, are being represented by attorneys. Such statistics overwhelmingly corroborate the allegations by the UST.

The record of cases filed by Mr. Valdés, resulting in dismissal show that he is not truly

serving the needs of the debtors who are imprisoned for not paying their domestic support obligations.

CONCLUSION

In view of the foregoing the court enjoins Mr. Valdés from acting as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3).

SO ORDERED.

In San Juan, Puerto Rico, this 14th day of September, 2012.

Enrique S. Lamoutte
United States Bankruptcy Court

## TEARS IN PRISON

| | CASE NO. | FILING DATE | 341 MTG | 341 MINUTES | Disposition | Attorney | Pending Matters |
|---|---|---|---|---|---|---|---|
| 1 | 12-01682 | 03/06/2012 | 04/13/2012 | Debtor not present. Mtg. not held | | | TMTD filed on 08/22/12. Conf. Hrg. 09-05-12 |
| 2 | 12-01684 | 03/06/2012 | 04/13/2012 | Debtor not present. Mtg. not held | Dismissed on 06-11-2012 | | |
| 3 | 12-01840 | 03/12/2012 | 04/18/2012 | Debtor not present. Mtg. not held | Dismissed on 06-11-2012 | | |
| 4 | 12-01842 | 03/12/2012 | 04/18/2012 | Debtor not present. Mtg. not held | Dismissed on 07-03-2012 | | Retained jurisdiction re: sanctions |
| 5 | 12-01887 | 03/14/2012 | 04/20/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 05-11-2012 | | |
| 6 | 12-01915 | 03/15/2012 | 04/16/2012 | Debtor not present. Mtg not held.MTD to be filed by trustee | Dismissed on 06-12-2012 | | |
| 7 | 12-01916 | 03/15/2012 | 04/18/2012 | Debtor not present. Mtg not held | Dismissed on 09-19-2012 | | Barred to refile for 1 year |
| 8 | 12-01919 | 03/15/2012 | 04/20/2012 | Debtor not present. Mtg. not held | Dismissed on 06-11-2012 | | |
| 9 | 12-02047 | 03/20/2012 | 04/24/2012 | Debtor not present. Debtor obtained plan with DSO | Dismissed on 06-28-2012 | | |
| 10 | 12-02205 | 03/26/2012 | 05/01/2012 | Debtor not present. Mtg. not held | Dismissed on 07-17-2012 | | |
| 11 | 12-02240 | 03/27/2012 | 05/02/2012 | Case dismissed for failure to file documents. | Dismissed on 05-15-2012 | | |
| 12 | 12-02241 | 03/27/2012 | 05/01/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07-27-2012 | | |
| 13 | 12-02435 | 04/03/2012 | 05/04/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 06-20-2012 | | |
| 14 | 12-02659 | 04/03/2012 | 05/11/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 06-04-2012 | | |
| 15 | 12-02669 | 04/04/2012 | 05/11/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07/02/2012 | | |
| 16 | 12-02731 | 04/09/2012 | 05/15/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07/27/2012 | | |
| 17 | 12-02733 | 04/09/2012 | 05/15/2012 | Debtor not present. Hrg continued to 06/14/2012 | Plan confirmed 06-27-2012 | Jaime Rodriguez | |
| 18 | 12-02792 | 04/11/2012 | 05/16/2012 | Debtor not present. Continued sine die. Not ready for 341. | | Ada Conde | Conf. Hrg. on 10-04-12 |
| 19 | 12-02793 | 04/11/2012 | 05/16/2012 | Debtor late. Mtg not held. MTD to be filed by Trustee | Dismissed on 06-11-2012 | | |
| 20 | 12-02827 | 04/12/2012 | 05/16/2012 | Debtor present. Cont. to 06/14/2012. MTD to be filed by UST | Dismissed on 08-01-2012 | | |
| 21 | 12-02991 | 04/19/2012 | 05/23/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 06-18-2012 | | |
| 22 | 12-03134 | 04/25/2012 | 05/30/2012 | Debtor not present. Mtg not held. | Dismissed on 06-18-2012 | | |
| 23 | 12-03135 | 04/25/2012 | 05/30/2012 | Debtor present. Continued to 06/14/2012. | Dismissed on 07-02-2012 | | |
| 24 | 12-03185 | 04/26/2012 | 05/29/2012 | Debtor present. Mtg. continued to 06/22/2012 | Dismissed on 06-15-2012 | | |
| 25 | 12-03307 | 04/30/2012 | 06/05/2012 | Debtor present. Mtg. continued to 07/19/2012 | Conf. Hrg. 09-27-12 | Yasmin Vazquez | TMTD filed on 07/16/12 & Reply filed 7-19-12 |
| 26 | 12-03310 | 04/30/2012 | 06/06/2012 | Debtor not present. Mtg. Not held | Dismissed on 06-25-2012 | | |
| 27 | 12-03432 | 05/01/2012 | 06/06/2012 | Debtor present. Mtg. continued to 07/02/2012. | Dismissed on 06-19-2012 | | |
| 28 | 12-03460 | 05/02/2012 | 06/06/2012 | Debtor present. Mtg. continued to 07/02/2012. | Dismissed on 06-22-2012 | | |
| 29 | 12-03506 | 05/04/2012 | 06/07/2012 | Debtor present. Mtg. continued to 07/02/2012 . | Dismissed on 06-29-2012 | | |
| 30 | 12-03509 | 05/04/2012 | 06/06/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee. | Dismissed on 07-16-2012 | | |
| 31 | 12-03511 | 05/04/2012 | 06/06/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07-31-2012 | | |
| 32 | 12-03512 | 05/04/2012 | 06/11/2012 | Debtor not present. Mtg. not held. | | | MTD by ASUME filed 08-14-2012 |
| 33 | 12-03578 | 05/08/2012 | 06/07/2012 | Debtor present. Mtg continued to 07/02/2012. | Dismissed on 08-20-2012 | | Conf. Hrg. 11-15-12 |
| 34 | 12-03579 | 05/08/2012 | 06/12/2012 | Debtor not present. Mtg not held. MTD to be filed by trustee. | Dismissed on 08-20-2012 | | TMTD filed on 07-24-12. Conf. Hrg. 09-27-12 |
| 35 | 12-03582 | 05/08/2012 | 06/07/2012 | Debtor present. Hrg. Continued to 07/02/2012. | Dismissed on 06-25-2012 | | |
| 36 | 12-03674 | 05/11/2012 | 06/13/2012 | Debtor present. Hrg. Continued to June 22, 2012. | 341 cont. to 08-28-2012 | | |
| 37 | 12-03676 | 05/11/2012 | 06/13/2012 | Debtor present. Hrg. Continued to June 22, 2012. | MTD to be filed by trustee | | |
| 38 | 12-03678 | 05/11/2012 | 06/13/2012 | Debtor present. Hrg. Continued to June 22, 2012. | Dismissed on 06-25-2012 | | |
| 39 | 12-03721 | 05/14/2012 | 06/15/2012 | Debtor not present. Mtg not held. MTD to be filed by trustee. | Dismissed on 07-09-2012 | | |
| 40 | 12-03876 | 05/18/2012 | 06/20/2012 | Debtor not present. Mtg. not held, MTD to be filed by trustee. | Dismissed on 08-20-2012 | | |
| 41 | 12-03879 | 05/18/2012 | 06/20/2012 | Debtor present. Mtg not held.  MTD to be filed by trustee. | Dismissed on 07-13-2012 | | |
| 42 | 12-03927 | 05/21/2012 | 06/22/2012 | Debtor present. Hrg. Continued to August 2, 2012. | Dismissed on 07-09-2012 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 43 | 12-04055 | 05/25/2012 | 06/27/2012 | Debtor not present. Mth not held. MTD to be filed by trustee | Dismissed on 07-17-2012 | | |
| 44 | 12-04056 | 05/25/2012 | 06/27/2012 | Debtor present. Mtg. Continued to July 16, 2012. | Dismissed on 07-18-2012 | | |
| 45 | 12-04057 | 05/25/2012 | 06/27/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07-16-2012 | | |
| 46 | 12-04058 | 05/25/2012 | 06/27/2012 | Debtor not present. Mtg. not held. Case not ready | Dismissed on 07-18-2012 | | |
| 47 | 12-04120 | 05/29/2012 | 06/29/2012 | Debtor present.  Hrg. Continued to July 16, 2012 | Dismissed 08-22-12 | | |
| 48 | 12-04121 | 05/29/2012 | 06/29/2012 | Debtor present.  Hrg. Continued to August 16, 2012 | Mtg closed. | Alejandra Soltero | TMTD filed on 08-29-12. Conf. Hrg. 09-27-2012 |
| 49 | 12-04148 | 05/30/2012 | 06/29/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-20-2012 | | |
| 50 | 12-04333 | 06/01/2012 | 07/06/2012 | Debtor not present. Mtg not held. MTD to be filed by trustee. | Dismissed on 07-23-2012 | | |
| 51 | 12-04334 | 06/01/2012 | 07/11/2012 | Amended notice for 07-18-2012 | 341 cont. to 08-27-2012 | Edgar Rivera | Conf. Hrg.  on 11-15-12 |
| 52 | 12-04396 | 06/04/2012 | 07/11/2012 | Amended notice for 07-18-2012 | Dismissed on 07-26-2012 | | |
| 53 | 12-04397 | 06/04/2012 | 07/10/2012 | Amended notice for 07-18-2012 | Dismissed on 07-26-2012 | | |
| 54 | 12-04449 | 06/06/2012 | 07/10/2012 | Amended notice for 07-18-2012 | Dismissed on 07-24-2012 | | |
| 55 | 12-04573 | 06/06/2012 | 07/17/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-10-2012 | | |
| 56 | 12-04574 | 06/13/2012 | 07/20/2012 | Debtor not present. Mtg. not held. | Dismissed on 08-10-2012 | | |
| 57 | 12-04845 | 06/21/2012 | 07/27/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Conf. Hrg. 10-18-12 | | MTD filed 07-10-12; TMTD filed 08-08-12. |
| 58 | 12-04882 | 06/22/2012 | 07/27/2012 | Debtor present. Mtg continued to 08-20-2012 | | | TMTD filed 08-17-12. Conf. Hrg. on 10-04-12 |
| 59 | 12-04884 | 06/22/2012 | 07/27/2012 | Debtor not present. Mtg. not held. | Dismissed on 08-20-2012 | | |
| 60 | 12-04986 | 06/27/2012 | 07/30/2012 | Debtor not present. Mtg. not held. | Dismissed on 08-20-2012 | | |
| 61 | 12-04988 | 06/27/2012 | 08/01/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-20-2012 | | |
| 62 | 12-04989 | 06/27/2012 | 08/01/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-20-2012 | | |
| 63 | 12-04991 | 06/27/2012 | 08/01/2012 | Debtor present. Mtg. cont. to 08-23-2012 | | Jaime Rodriguez | Conf. Hrg. on 10-18-12 |
| 64 | 12-05046 | 06/28/2012 | 08/01/2012 | Debtor not present. Mtg. not held | Dismissed on 08-14-2012 | | |
| 65 | 12-05120 | 06/29/2012 | 08/08/2012 | Debtor not present. Mtg. not held | Dismissed on 08-20-2012 | | |
| 66 | 12-05300 | 07/03/2012 | 08/09/2012 | Debtor not present. Mtg. not held. | | | TMTD filed on 08-14-12 |
| 67 | 12-05301 | 07/03/2012 | 08/07/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-27-2012 | | |
| 68 | 12-05334 | 07/06/2012 | 08/10/2012 | Debtor not present. Mtg. not held. | Dismissed on 09-04-2012 | | |
| 69 | 12-05401 | 07/09/2012 | 08/08/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 70 | 12-05465 | 07/11/2012 | 08/14/2012 | Debtor not present. Mtg. not hrlf. MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 71 | 12-05524 | 07/13/2012 | 08/16/2012 | Debtor not present. Mtg. not held.MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 72 | 12-05582 | 07/16/2012 | 08/16/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 73 | 12-05639 | 07/17/2012 | 08/17/2012 | Debtor present. 341 continued to 09-13-2012 | | Jose Leon Landrau | |
| 74 | 12-05667 | 07/18/2012 | 08/22/2012 | Debtor present. 341 continued to 09-20-2012 | | Michel A. Rachid | |
| 75 | 12-05930 | 07/30/2012 | 08/29/2012 | Debtor present. 341 continued to 09-21-2012 | | | |
| 76 | 12-05932 | 07/30/2012 | 08/29/2012 | Debtor not present. Mtg. not held. | | | TMTD filed on 08-30-12 |
| 77 | 12-06221 | 08/07/2012 | 09/11/2012 | | | | |
| 78 | 12-06222 | 08/07/2012 | 09/10/2012 | | | | |
| 79 | 12-06289 | 08/09/2012 | 09/11/2012 | | | | |
| 80 | 12-06290 | 08/09/2012 | 09/13/2012 | | | | |
| 81 | 12-06391 | 08/14/2012 | 09/14/2012 | | | | |
| 82 | 12-06393 | 08/14/2012 | 09/14/2012 | | | | |
| 83 | 12-06394 | 08/14/2012 | 09/13/2012 | | | | |
| 84 | 12-06435 | 08/15/2012 | 09/14/2012 | | | | |
| 85 | 12-06489 | 08/17/2012 | 09/18/2012 | | | | |
| 86 | 12-06490 | 08/17/2012 | 09/19/2012 | | | | |
| 87 | 12-06491 | 08/17/2012 | 09/18/2012 | | | | |
| 88 | 12-06561 | 08/20/2012 | 09/25/2012 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | 12-06563 | 08/20/2012 | 09/25/2012 | | | | |
| 90 | 12-06630 | 08/24/2012 | 09/27/2012 | | | | |
| 91 | 12-06631 | 08/24/2012 | 09/26/2012 | | | | |
| 92 | 12-06632 | 08/24/2012 | 09/27/2012 | | | | |
| 93 | 12-06859 | 08/31/2012 | 10/05/2012 | | | | |
| 94 | 12-06861 | 08/31/2012 | 10/09/2012 | | | | |
| 95 | 12-07030 | 09/05/2012 | 10/10/2012 | | | | |
| 96 | 12-07043 | 09/06/2012 | 10/09/2012 | | | | |
| 97 | 12-07149 | 09/11/2012 | 10/17/2012 | | | | |

| Cases Assigned T | Dismissed | MTD Pending | 341 Meeting Cont. or Not Held | JTA Pending | Plan Confirmed |
|---|---|---|---|---|---|
| ESL | 19 | 2 | 7 | | 0 |
| BKT | 18 | 2 | 7 | | 1 |
| MCF | 12 | 7 | 5 | | |
| EAG | 2 | 1 | 2 | | |
| | 51 | 12 | 21 | 1 | 1 |